

FILED
DEC 0 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| MAURILLO MARTINEZ-MARTINEZ (1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 15CR7135-W

Jennifer L Coon
Defendant's Attorney

**REGISTRATION No.** 07127408

THE DEFENDANT:
X    was found in violation based on his conviction    in    15CR2060-W

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| One (nv1) | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 07, 2015
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B   JUDGMENT IN A CRIMINAL CASE
    SHEET 2 - IMPRISONMENT

Judgment - Page 2 of 2

DEFENDANT: MAURILLO MARTINEZ-MARTINEZ
CASE NUMBER: 15CR7135-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months, 4 months to run concurrent to the sentence imposed in 15CR2060-W and 4 months to run consecutive to the sentence imposed in 15CR2060-W

The Court recommends to the Bureau of Prisons that the defendant serve his custodial sentence in a western region facility.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
     Deputy United States Marshal